LAW OFFICES OF PAMELA BROWN BLACKBURN LLC
Pamela Brown Blackburn, Esq.
Suite 101, Marianas Business Plaza
P.O. Box 5077
Saipan, Mariana Islands 96950
Telephone: (670) 234-9480
Facsimile:  (670) 234-9487

*Attorney for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## FOR
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **RONEL M. PAULE and CELIA T, VELASQUEZ,** | CIVIL ACTION NO. 14-0017 |
| Plaintiffs | **MOTION TO DISMISS** |
| vs. | |
| **POLARIS DEVELOPMENT CORPORATION,** *et al,* | |
| Defendants | |

COMES NOW, Plaintiffs, by and through their attorney of record, Pamela Brown Blackburn, and move this Court to dismiss the above captioned case pursuant to the stipulation of the parties, which is filed herewith.  The plaintiffs also move this Court to maintain jurisdiction over this case to insure compliance with the terms of the stipulation until they move for complete dismissal.

Respectfully submitted this 14th day of April, 2015.

_____
/s/
Pamela Brown Blackburn – CNMI F0174
Attorney for Plaintiffs