FILED
Clerk
District Court
APR 14 2015
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **RONEL M. PAULE and CELIA T. VELASQUEZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**POLARIS DEVELOPMENT CORPORATION,** *et al,*<br><br>Defendants. | CIVIL ACTION NO. 14-cv-00017<br><br>**ORDER OF DISMISSAL** |

Plaintiffs have filed a Motion to Dismiss (ECF No. 21) noticing dismissal before Defendants served an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). They attached a settlement agreement signed by all parties which contains a stipulation (¶ 5.3) that this Court shall retain jurisdiction to enforce the terms of the agreement.

WHEREFORE, the Court GRANTS the Motion to Dismiss. Pursuant to the parties' stipulation, the Court retains jurisdiction to enforce the terms of the agreement.

**SO ORDERED** on April 14, 2015.

_____
RAMONA V. MANGLONA, Chief Judge